IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Civil Action No. 23-cv-00169-GPG-NRN

EZEKEIAL ALIREZ,

    Plaintiff,

v.

UNIVERSITY OF NORTHERN COLORADO,
ANDREW FEINSTEIN,
CEDRICK HOWARD,
LARRY LOFTEN,
SHANE BORAH,
COLLEEN SONNENTAG,

    Defendants.

## ORDER

Before the Court is the Report and Recommendation by United States Magistrate Judge N. Reid Neureiter issued on May 5, 2023 (D. 31). Magistrate Judge Neureiter recommended that this civil action be dismissed for failure to appear, prosecute, and comply with court orders (*id.*). For the following reasons, the Court AFFIRMS and ADOPTS the Recommendation.

On April 14, 2023, Magistrate Judge Neureiter ordered Plaintiff to show cause at a hearing set for May 4, 2023, otherwise, the civil action would be dismissed for failure to prosecute (D. 25). Plaintiff did not respond or appear at the hearing. Magistrate Judge Neureiter then issued the instant Recommendation (D. 31). The parties were advised that they had fourteen days, after being served with a copy of the Recommendation, to file written objections in order to obtain

1

reconsideration by the District Judge assigned to the case (D. 33). *See* Fed. R. Civ. P. 72(b). Neither party has filed an objection to Magistrate Judge Neureiter's Recommendation.

Under 28 U.S.C. § 636(b)(1)(B), this Court may designate a magistrate judge to consider dispositive motions and submit recommendations to the Court. Fourteen days after issuance of a recommendation, the Court must "determine de novo any part of the magistrate judge's [recommended] disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3). A party's failure to file such written objections may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). When this occurs, the District Judge is "accorded considerable discretion" and may review a magistrate judge's report under any standard it deems appropriate. *Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas*, 474 U.S. at 150).

After reviewing all the relevant pleadings, the Court concludes that Magistrate Judge Neureiter's analysis was thorough and comprehensive, the Recommendation is well-reasoned, and the Court finds no clear error on the face of the record. Accordingly, the Court AFFIRMS and ADOPTS Magistrate Judge Neureiter's Recommendation as an Order of this Court (D. 31). Plaintiff's civil action is DISMISSED (D. 1). The Clerk of Court is directed to close this case.

DATED June 21, 2023.

BY THE COURT:

Gordon P. Gallagher
United States District Judge