# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Gordon P. Gallagher

Civil Action No. 23-cv-00169-GPG-NRN

EZEKEIAL ALIREZ,

    Plaintiff,

v.

UNIVERSITY OF NORTHERN COLORADO,
ANDREW FEINSTEIN,
CEDRICK HOWARD,
LARRY LOFTEN,
SHANE BORAH,
COLLEEN SONNENTAG,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the order entered by Judge Gordon P. Gallagher on June 21, 2023, ECF 35 it is

ORDERED that this case is dismissed without prejudice. It is

FURTHER ORDERED that final judgment is hereby entered in favor of the Defendants and against the Plaintiff.   It is

FURTHER ORDERED that costs shall be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

This case will be closed.

    Dated at Denver, Colorado this 23rd day of June, 2023.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/K. Myhaver
     K. Myhaver
     Deputy Clerk